**Larry COFFMAN; Appellant,**

**Theodore Ginnery, Plaintiff,**

**v.**

**Linda MEADE; Jay Englehart; Alan Blake; John Rosenboom, Dr., Appellees.**

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

1. We find that Theodore Ginnery is not a party to the instant appeals. *See Scarrella v. Midwest Fed. Sav. & Loan,* 536 F.2d 1207, 1209 (8th Cir.1976) (per curiam).

**Larry Coffman; Theodore Ginnery, Appellants,**

**v.**

**Linda Meade; Jay Englehart; Alan Blake; John Rosenboom, Dr., Appellees.**

**Nos. 06–3870, 07–1040.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 5, 2008.

Filed: March 10, 2008.

Larry Coffman, Farmington, MO, pro se.

Paul C. Evans, Washington University School of Law, St. Louis, MO, for Appellees.

Before BYE, SMITH, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

In these consolidated matters, Larry Coffman [1] appeals following the district court' [2] adverse grant of summary judgment in his 42 U.S.C. § 1983 lawsuit. Having conducted de novo review of the record, *see Senty–Haugen v. Goodno,* 462 F.3d 876, 880, 885, 890–91 (8th Cir.2006), *cert. denied,* —— U.S. ——, 127 S.Ct. 2048, 167 L.Ed.2d 780 (2007), we agree with the district court that there were no disputed issues of material fact and defendants

2. The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

were entitled to judgment as a matter of law. Accordingly, we affirm. *See* 8th Cir. R. 47B.